UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00410-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENE DEDIOS-ANDRES,

    Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#11)** on December 8, 2006 by Defendant Rene Dedios-Andres. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **December 26, 2006** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for December 12, 2006 and the December 18, 2006 trial date are **VACATED**.

Dated this 12th day of December, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge